**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

GEORGE R. SIMPSON,                    )
                                      )
         **Plaintiff,**        )
                                      )
         **v.**                )    **Case Nos. 3:18-cv-0006**
                                      )
SAPPHIRE BAY CONDOMINIUMS WEST        )
BOARD OF DIRECTORS and                )
COMMISSIONER DAWN L. HENRY,           )
                                      )
         **Defendants.**       )
_____)

## ORDER

**THIS MATTER** comes before the Court on a Petition for Writ of Mandamus filed by Petitioner George R. Simpson ("Simpson") on January 24, 2018. After careful consideration and review, it is hereby

**ORDERED** that the parties shall comply with the following schedule:

1. Petitioner Simpson shall, **within thirty (30) days of the date of this Order**, file and serve Petitioner's Brief in Support of the Petition for Writ of Mandamus;

2. Respondents shall, **within thirty (30) days after filing and service of Petitioner's Brief,** file and serve their respective Respondents' Brief;

3. Petitioner may file and serve a Reply Brief **within fourteen (14) days after filing and service of Respondents' Brief;**

 **IT IS FURTHER ORDERED** that if Petitioner fails to file a brief within the time provided in this Order, or within the time extended by the Court, the Respondents may move for dismissal for failure to prosecute;

 **IT IS FURTHER ORDERED** that if Respondents fail to file their brief within the time provided in this Order, or within the time extended by the Court, the Respondents will have

*Simpson v. Sapphire Bay et al.*
Case No. 3:18-cr-0006
Order
Page 2 of 2

waived and/or forfeited their right to assert any and all arguments for the Court's

consideration.

**Dated:** February 12, 2021                    /s/ *Robert A. Molloy*_____

                                                **ROBERT A. MOLLOY**
                                                **District Judge**